1  ANGELA M. BADER, ESQ.
2  Nevada State Bar No. 5574
   abader@laxalt-nomura.com
3  LAXALT & NOMURA, LTD.
   9600 Gateway Drive
4  Reno, Nevada 89521
   Tel:    (775) 322-1170
5  Fax:    (775) 322-1865
6  Attorneys for Defendant

7              **UNITED STATES DISTRICT COURT**

8                 **DISTRICT OF NEVADA**

9  ANDRE HARVEY, an individual          Case No.:  2:14-cv-01015-KJD-PAL

10              Plaintiff,
11       vs.                                      **ORDER FOR**
                                          **DISMISSAL WITH PREJUDICE**
12  DELTA CLEANING SERVICES, INC.,
    a Nevada corporation,
13
                 Defendant.
14

15       IT IS HEREBY STIPULATED by and between Plaintiff ANDRE HARVEY, by and

16  through his counsel, and Defendant DELTA CLEANING SERVICES, INC., by and through its

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA 89521

counsel, that said action shall be dismissed with prejudice with each party to bear their own fees and costs.

DATED this 8th day of October, 2014.

KANG & ASSOCIATES, PLLC

/s/ KYLE R. TATUM
PATRICK W. KANG
Nevada Bar No. 010381
KYLE R. TATUM
Nevada Bar No. 013264
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV  89146
(702) 333-4223
Attorneys for Plaintiff

LAXALT & NOMURA, LTD.

ANGELA M. BADER
Nevada State Bar No. 5574
9600 Gateway Drive
Reno, Nevada 89521
(775) 322-1170
Attorneys for Defendant

IT IS SO ORDERED.

DATED this  9th  day of _____October_____, 2014.

UNITED STATES JUDGE

LAXALT & NOMURA, LTD.
ATTORNEYS AT LAW
9600 GATEWAY DRIVE
RENO, NEVADA  89521